No. 79–5476.  Reese v. Wainwright, Secretary, Department of Offender Rehabilitation of Florida.  C. A. 5th Cir.  Certiorari denied.

No. 79–5486.  Riviera v. Hewitt, Correctional Superintendent, et al.  C. A. 3d Cir.  Certiorari denied.

No. 79–5488.  Campos v. Malley, Warden.  C. A. 10th Cir.  Certiorari denied.

No. 79–5490.  Patterson v. Jago, Correctional Superintendent.  C. A. 6th Cir.  Certiorari denied.

No. 79–5496.  McCrary v. LeFevre et al.  C. A. 2d Cir.  Certiorari denied.

No. 79–5505.  Carey v. Leverette, Warden.  C. A. 4th Cir.  Certiorari denied.

No. 79–5509.  Sinicropi v. Nassau County et al.  C. A. 2d Cir.  Certiorari denied.

No. 79–5510.  Martin v. Michigan.  Sup. Ct. Mich.  Certiorari denied.

No. 79–5512.  Junkin v. Arizona.  Ct. App. Ariz.  Certiorari denied.

No. 79–5528.  Palmer v. Texas.  Ct. Crim. App. Tex.  Certiorari denied.

No. 79–5576.  Yanis et al. v. United States.  C. A. 1st Cir.  Certiorari denied.

No. 79–5577.  Patterson v. United States.  C. A. 7th Cir.  Certiorari denied.

No. 79–5585.  Gutierrez-Barron v. United States.  C. A. 5th Cir.  Certiorari denied.